NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGRID ALTGELT, SUBSTITUTED FOR ERNEST J. ALTGELT, III,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-2202

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-417, Judge Coral Wong Pietsch.

---

**JUDGMENT**

---

JOHN D. NILES, Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

NATHANAEL YALE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, WILLIAM JAMES GRIMALDI, PATRICIA M. MCCARTHY; CHRISTINA LYNN GREGG, BRIAN D. GRIFFIN,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (DYK, STOLL, and STARK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2025
Date

Jarrett B. Perlow
Clerk of Court